FILED
United States Court of Appeals
Tenth Circuit

January 30, 2012

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

OLIVEA MARX,

Plaintiff - Appellant,

v.

GENERAL REVENUE CORPORATION, an Ohio corporation,

Defendant - Appellee,

KEVIN COBB,

Defendant.

------------------------------

CONSUMER FINANCIAL PROTECTION BUREAU,

Amicus Curiae.

No. 10-1363

---

**ORDER**

---

Before **KELLY**, **LUCERO**, and **GILMAN**[*], Circuit Judges.

---

Appellant's petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court

[*] The Honorable Ronald Lee Gilman, United States Circuit Court Judge, Sixth Circuit, sitting by designation.

who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk