**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker           February 07, 2012           Douglas E. Cressler
Clerk of Court                                              Chief Deputy Clerk

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:    10-1363, Marx v. General Revenue Corporation**
        Dist/Ag docket: 1:08-CV-02243-RPM-CBS

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                Sincerely,

                                *Elisabeth A. Shumaker*

                                Elisabeth A. Shumaker
                                Clerk of the Court

cc:     Kristin Bateman
        David Michael Larson
        Adam Plotkin
        Steven J. Wienczkowski
        Richard Bruce Wynkoop
        Allison M. Zieve

EAS/sds