# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

March 28, 2012

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

      Re:  Olivea Marx
            v. General Revenue Corporation
            No. 11-1175
            (Your No. 10-1363)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 23, 2012 and placed on the docket March 28, 2012 as No. 11-1175.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst